# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK GORDON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION, and DOES 1 to 100, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: CV13-1310-GW(Ex)<br>Honorable George Wu<br><br>**ORDER DISMISSING ENTIRE ACTION <u>WITH PREJUDICE</u>**<br><br>Trial Date:　　　February 11, 2014 |

　　　The Court, having considered the parties' Joint Stipulation to Dismiss Entire Action <u>With</u> <u>Prejudice</u>, and finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby orders that Case No. CV13-1310-GW (Ex) be dismissed in its entirety <u>with</u> <u>prejudice</u>.

　IT IS SO ORDERED.

　Dated: September 26, 2013

　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　Hon. George H. Wu

　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

ORDER RE: DISMISSING ENTIRE ACTION <u>WITH PREJUDICE</u>